| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>TEILBORG, JAMES A | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>401 WEST WASHINGTON STREET<br>SUITE 523-SPC 51<br>PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 11 P 2: 21 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $ 83,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. THE ARIZONA CLUB | HONORARY MEMBERSHIP (DUES, LIKE PRIVILEGES) | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1, ASPEN, CO. | E | Rent | M | W | | | | | |
| 2. RAW LAND ▆▆▆▆ AZ (2000, $79,000.) | | None | L | R | | | | | |
| 3. AMERICAN SCANDIA VARIABLE ANNUITY | E | | N | T | | | | | |
| 4. GENWORTH VARIABLE ANNUITY #1 (FORMERLY G.E.ANNUITY) | F | | O | T | | | | | |
| 5. GENWORTH VARIABLE ANNUITY # 2 (FORMERLY G.E. ANNUITY) | C | | K | T | | | | | |
| 6. HARTFORD LIFE VARIABLE ANNUITY | E | | N | T | | | | | |
| 7. PACIFIC LIFE VARIABLE ANNUITY # 1 | E | | O | T | | | | | |
| 8. LAKE PLEASANT 241 LIMITED PARTNERSHIP | A | Distribution | J | U | | | | | |
| 9. UBS PACE MM INVESTORS (FORMERLY PACE MM) | A | Dividend | K | T | BUY | 10/26 | J | | |
| 10. UBS BANK USE DEP ACCT | B | Interest | K | T | | | | | |
| 11. BANK OF AMERICA ACCTS | A | Interest | L | T | | | | | |
| 12. CHASE ACCT (FORMERLY BANK ONE) | A | Interest | K | T | | | | | |
| 13. RMA MONEY MARKET PORTFOLIO | B | Dividend | J | T | | | | | |
| 14. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 15. NATIONWIDE LIFE POLICY | A | Int./Div. | M | T | | | | | |
| 16. PACIFIC LIFE VARIABLE ANNUITY POLICY # 2 (SELECT EXEC II) | B | | K | T | | | | | |
| 17. EQUITABLE LIFE POLICY | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS AMCAP FUND, CLASS F | C | Dividend | M | T | PARTIAL SELL | 4/17 | L | E | |
| 19. | | | | | BUY | 4/19 | K | | |
| 20. | | | | | BUY | 6/21 | J | | |
| 21. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 22. | | | | | PARTIAL SELL | 10/25 | K | D | |
| 23. | | | | | BUY | 12/22 | J | | |
| 24. LORD ABBETT MIDCAP VALUE FUND, CLASS A | | None | | | SELL ALL | 4/17 | L | E | |
| 25. HARTFORD LIFE INSURANCE LEADERS ANNUITY | D | Int./Div. | L | T | | | | | |
| 26. ▆▆▆▆▆▆▆▆ | | None | L | U | | | | | |
| 27. DAVIS NY VENTURE FUND, INC. CLASS A | A | Dividend | K | T | PARTIAL SELL | 10/17 | J | A | |
| 28. PIMCO TOTAL RETURN FUND, CLASS A | A | Dividend | K | T | BUY | 7/26 | J | | |
| 29. CALAMOS GROWTH FUND CLASS A | B | Dividend | L | T | BUY | 4/19 | L | | |
| 30. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 31. | | | | | PARTIAL SELL | 10/25 | L | D | |
| 32. CALAMOS GROWTH & INCOME FUND CLASS A | | None | | | SELL ALL | 4/17 | K | C | |
| 33. EXCELSIOR VALUE RESTRUCTURING FUND | | None | | | SELL ALL | 4/17 | K | D | |
| 34. FIDELITY ADVISORS SMALL CAP | | None | | | PARTIAL | 4/17 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND | | | | | SELL | | | | |
| 35. | | | | | SELL ALL | 10/25 | J | A | |
| 36. ING GNMA INCOME FUND CLASS A | A | Dividend | | | SELL ALL | 4/17 | K | | |
| 37. ROYCE LOW PRICED STOCK FUND | | None | | | SELL ALL | 4/17 | K | C | |
| 38. ROYCE SPECIAL EQUITY FUND | | None | | | SELL ALL | 4/17 | L | D | |
| 39. DWS DREMAN HIGH RETURN EQUITY (FORMERLY SCUDDER DREMAN HIGH) | | None | | | SELL ALL | 4/17 | L | D | |
| 40. DWS RREEF R. E. SEC A(FORMERLY SCUDDER DREMAN RREEF) | A | Dividend | J | T | | | | | |
| 41. VAN KAMPEN GLOBAL FRANCHISE FUND CLASS A | | None | | | SELL ALL | 4/17 | M | E | |
| 42. VAN KAMPEN GROWTH & INCOME FUND CLASS A | | None | | | SELL ALL | 4/17 | M | D | |
| 43. FIRST CREDIT UNION ACCT | A | Interest | J | T | | | | | |
| 44. ACTIVE ASSETS MONEY TRUST | A | Dividend | J | T | | | | | |
| 45. DELAWARE DIVERSIFIED INCOME FUND | D | Dividend | L | T | BUY | 4/19 | K | | |
| 46. | | | | | BUY | 6/21 | J | | |
| 47. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 48. | | | | | PARTIAL SELL | 10/25 | J | | |
| 49. DRYDEN SH TRM CORP BOND FD CLASS A | B | Dividend | K | T | PARTIAL SELL | 7/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. FIDELITY ADV OVERSEAS FD CLASS A | | None | | | SELL ALL | 1/24 | K | C | |
| 51. GOLDMAN SACHS GRW OPPORTUNITIES | B | Dividend | K | T | | | | | |
| 52. IVY LARGE CAP GROWTH FUND CLASS A | | None | K | T | BUY | 7/26 | J | | |
| 53. LORD ABBETT ALL VALUE FUND CLASS A | A | Dividend | M | T | BUY | 4/19 | M | | |
| 54. | | | | | BUY | 6/21 | J | | |
| 55. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 56. | | | | | PARTIAL SELL | 10/25 | K | C | |
| 57. MAINSTAY SM CAP OPPORTUNITIES | | None | K | T | BUY | 7/26 | J | | |
| 58. PIMCO COMMODITY REAL RETURN | | None | | | SELL ALL | 4/17 | L | | |
| 59. UBS DYNAMIC ALPHA FUND CLASS A | A | Dividend | M | T | BUY | 4/19 | K | | |
| 60. | | | | | BUY | 6/21 | J | | |
| 61. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 62. | | | | | BUY | 10/25 | K | | |
| 63. JOHN HANCOCK FREEDOM 529 ACCOUNT 1 CL A | | | J | T | | | | | |
| 64. JOHN HANCOCK FREEDOM 529 ACCOUNT 2 CL A | | | J | T | | | | | |
| 65. JOHN HANCOCK FREEDOM 529 ACCOUNT 3 CL A | | | K | T | | | | | |
| 66. JOHN HANCOCK FREEDOM 529 | | | J | T | BUY | 11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ACCOUNT 4 CL A | | | | | | | | | |
| 67. AMERICAN FUNDS CAPITAL INCOME | D | Dividend | L | T | BUY | 10/25 | L | | |
| 68. | | | | | BUY | 12/26 | J | | |
| 69. ARIZONA EDUC LN MARKTG SER A-3 | B | Interest | | | BUY | 6/22 | K | | |
| 70. | | | | | SELL ALL | 11/08 | K | | |
| 71. FIDELITY ADV DVRSFD INTL A | C | Dividend | K | T | BUY | 1/27 | K | | |
| 72. | | | | | BUY | 7/26 | J | | |
| 73. FT. TEMPLETON GROWTH A | C | Dividend | M | T | BUY | 4/19 | M | | |
| 74. | | | | | BUY | 6/21 | J | | |
| 75. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 76. HENDERSON GLOBAL INVESTORS INTL A | D | Dividend | M | T | BUY | 4/19 | M | | |
| 77. | | | | | BUY | 6/21 | J | | |
| 78. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 79. | | | | | PARTIAL SELL | 10/25 | J | A | |
| 80. | | | | | BUY | 12/11 | J | | |
| 81. ING GLOBAL REAL ESTATE FUND CL A | B | Dividend | L | T | BUY | 10/25 | L | | |
| 82. NUVEEN MUNICIPAL VALUE FUND | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TEILBORG, JAMES A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (X) | | | | | | | | | |
| 83. OPPENHEIMER INTL BOND FD CL A | C | Dividend | L | T | BUY | 4/19 | L | | |
| 84. | | | | | BUY | 6/21 | J | | |
| 85. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 86. ROYCE TOTAL RETURN FUND | C | Dividend | L | T | BUY | 4/19 | L | | |
| 87. | | | | | BUY | 6/21 | J | | |
| 88. | | | | | PARTIAL SELL | 7/3 | J | A | |
| 89. | | | | | PARTIAL SELL | 10/25 | L | | |
| 90. | | | | | BUY | 12/7 | J | | |
| 91. TOUCHSTONE MID CAP GROWTH FUND | D | Dividend | L | T | BUY | 10/25 | L | | |
| 92. | | | | | BUY | 12/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINE 8:  THIS PARTNERSHIP ISSUED AN AMENDED K-1 CHANGING 2004 BUSINESS INCOME TO A NET LOSS, INTEREST INCOME TO A CODE "A".

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ *10 MAY 07*___

NOTE: ANY [ ] WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544